Bobby Saadian, Esq. (SBN 250377)
Nicol E. Hajjar, Esq. (SBN 303102)
Edzyl Magante, Esq. (SBN 322262)
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Tel: (213) 381-9988
Fax: (213) 381-9989

Attorneys for Plaintiff,
DAVID VEGA

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VEGA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEACON SALES ACQUISITION, INC., a corporation; ALLIED BUILDING PRODUCTS, CORP., a corporation; JOSEPH VASQUEZ, an individual; EDGAR RUELAS, an individual; LEONARDO FLORES BELTRAN, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:21-CV-00191-JAM-JDP<br><br>STIPULATION AND ORDER ALLOWING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT |

# RECITALS

**WHEREAS**, on or about November 23, 2020, Plaintiff DAVID VEGA ("Plaintiff") filed a Complaint for Damages alleging (1) Employment Discrimination Based on Disability – Violation of the Fair Employment and Housing Act; (2) Employment Discrimination Based on Failure to Accommodate Disability or Perceived Disability – Violation of the Fair Employment and Housing Act; (3) Failure to Engage in A Timely, Good Faith, Interactive Process; (4) Employment Discrimination Based on Age – Violation of the Fair Employment and Housing Act; (5) Retaliation in Violation of FEHA; (6) Harassment in Violation of FEHA; (7) Failure to Prevent Discrimination, Harassment, and Retaliation in Violation of FEHA; (8) Wrongful Termination in Violation of Public Policy; (9) Failure to Pay Meal and Rest Period Compensation; (10) Non-Compliant Wage Statements; (11) Failure to Pay Wages in a Timely Manner (Waiting Time Penalties); and (12) Unfair Competition.

**WHEREAS,** on or about January 8, 2021, Plaintiff filed a First Amended Complaint for Damages adding, in part, a cause of action for Retaliation and/or Unlawful Denial of Leave in Violation of the Family and Medical Leave Act.

**WHEREAS**, Plaintiff seeks to file a Second Amended Complaint dismissing the cause of action for Retaliation and/or Unlawful Denial of Leave in Violation of the Family and Medical Leave Act.

**IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants Beacon Sales Acquisition, Inc., Allied Building Products Corp., Joseph Vasquez, and Edgar Ruelas (collectively, "Defendants"), by and through their respective counsel, that:

1. Plaintiff should be granted leave to file his Second Amended Complaint for Damages, a copy of which is attached hereto as Exhibit "A".

2. Defendants' responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

///

///

| | | |
|---|---|---|
| DATED: June 1, 2021 | | WILSHIRE LAW FIRM |

By: /s/ Edzyl Magante
    Edzyl Magante
    Attorneys for Plaintiff,
    DAVID VEGA

DATED: June 1, 2021          HOPKINS & CARLEY

By:  /s/ Karin Cogbill
    Karin M. Cogbill
    Michael W. M. Manoukian
    Attorneys for Defendants,
    BEACON SALES ACQUISITION, INC.;
    ALLLIED BUILDING PRODUCTIONS CORP.;
    JOSEPH VASQUEZ and EDGAR RUELAS

# ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that Plaintiff DAVID VEGA is granted leave to file his Second Amended Complaint for Damages, a copy of which was attached to the Parties' stipulation as Exhibit "A".

**IT IS ALSO ORDERED** that Defendants' responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

IT IS SO ORDERED:

DATED: June 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE