1  Bobby Saadian, Esq. (SBN 250377)
   Nicol E. Hajjar, Esq. (SBN 303102)
2  Edzyl Magante, Esq. (SBN 322262)
3  **WILSHIRE LAW FIRM**
   3055 Wilshire Blvd., 12th Floor
4  Los Angeles, California 90010
   Tel: (213) 381-9988
5  Fax: (213) 381-9989

6  Attorneys for Plaintiff,
   DAVID VEGA
7

8                   **UNITED STATES DISTRICT COURT**
9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  DAVID VEGA, an individual,                 Case No.: 2:21-CV-00191-JAM-JDP

12            Plaintiff,

13       v.                                     **STIPULATION AND ORDER**
                                                **REMANDING ACTION TO THE**
14  BEACON SALES ACQUISITION, INC.,            **SUPERIOR COURT OF CALIFORNIA,**
    a   corporation;  ALLIED   BUILDING        **COUNTY OF SACRAMENTO**
15  PRODUCTS,   CORP.,   a   corporation;
    JOSEPH    VASQUEZ,    an    individual;
16  EDGAR    RUELAS,    an    individual;
    LEONARDO  FLORES  BELTRAN,  an
17  individual;  and  DOES  1  through  50,
    inclusive,
18
19            Defendants.

20

21

22

23

24

25

26

27

28

1    Plaintiff David Vega and Defendants Beacon Sales Acquisition, Inc. and Joseph Vasquez,

2    through their undersigned counsel, hereby stipulate as follows:

3                                     **RECITALS**

4          **WHEREAS**, on or about November 23, 2020, Plaintiff DAVID VEGA ("Plaintiff") filed a

5    Complaint for Damages alleging (1) Employment Discrimination Based on Disability – Violation

6    of the Fair Employment and Housing Act; (2) Employment Discrimination Based on Failure to

7    Accommodate Disability or Perceived Disability – Violation of the Fair Employment and Housing

8    Act; (3) Failure to Engage in A Timely, Good Faith, Interactive Process; (4) Employment

9    Discrimination Based on Age – Violation of the Fair Employment and Housing Act; (5) Retaliation

10   in Violation of FEHA; (6) Harassment in Violation of FEHA; (7) Failure to Prevent Discrimination,

11   Harassment, and Retaliation in Violation of FEHA; (8) Wrongful Termination in Violation of

12   Public Policy; (9) Failure to Pay Meal and Rest Period Compensation; (10) Non-Compliant Wage

13   Statements; (11) Failure to Pay Wages in a Timely Manner (Waiting Time Penalties); and (12)

14   Unfair Competition.

15         **WHEREAS,** on or about January 8, 2021, Plaintiff filed a First Amended Complaint for

16   Damages adding, in part, a cause of action for Retaliation and/or Unlawful Denial of Leave in

17   Violation of the Family and Medical Leave Act.

18         **WHEREAS**, on February 1, 2021, Defendants Beacon Sales Acquisition, Inc., Allied

19   Building Products Corp., Edgar Ruelas and Joseph Vasquez removed this Action to this Court

20   pursuant to 28 U.S.C. sections 1331 and 1367.

21         **WHEREAS**, on June 3, 2021, Plaintiff filed a Second Amended Complaint for Damages,

22   dismissing the cause of action for Retaliation and/or Unlawful Denial of Leave in Violation of the

23   Family and Medical Leave Act.

24         **WHEREAS**, on June 7, 2021, Defendants Allied Building Products Corp. and Edgar

25   Ruelas were dismissed from the Action.

26

27

28

1      **IT IS HEREBY STIPULATED,** by and between Plaintiff and Defendants Beacon Sales

2    Acquisition, Inc. and Joseph Vasquez (collectively, "Defendants"), by and through their respective

3    counsel, that in light of Plaintiff's dismissal of the only cause of action asserted under Federal law,

4    this Action should be remanded to the Superior Court of California, County of Sacramento, where

5    it was originally filed.

6

7    DATED:  June 11, 2021             WILSHIRE LAW FIRM

8

9                                    By: /s/ Edzyl Magante
                                        Edzyl Magante
                                        Attorneys for Plaintiff,

10                                        DAVID VEGA

11

12    DATED: June 11, 2021             HOPKINS & CARLEY

13

14                                    By:  /s/ Karin Cogbill
                                        Karin M. Cogbill

15                                         Michael W. M. Manoukian
                                        Attorneys for Defendants,

16                                         BEACON SALES ACQUISITION, INC.;

17                                         JOSEPH VASQUEZ and  EDGAR RUELAS

18

19

20

21

22

23

24

25

26

27

28

1
**ORDER**

2
    The Court having reviewed the foregoing Stipulation, and good cause appearing therefor:

3
**IT IS HEREBY ORDERED** that this Action is remanded to the Superior Court of California,

4
County of Sacramento.  Plaintiff shall give notice of this Order to the Superior Court of California,

5
County of Sacramento.

6

7
IT IS SO ORDERED:

8

9
DATED:  June 11, 2021               /s/ John A. Mendez

                                        THE HONORABLE JOHN A. MENDEZ

10
                                        UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28